# United States Bankruptcy Court
## District of Kansas

In re: **Brent Christopher Scheuerman**
**Steven Christopher Scheuerman**
Debtor(s)

Case No. **19-20667**
Chapter **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **Creditors Financial Group**

Address: **PO Box 440290**
**Aurora, CO 80044**

**Please be advised that effective May 21, 20 19,**
**The Creditor's new mailing address is:**

Name: **Creditors Financial Group**

Address: **3131 S. Vaughn Way**
**#110**
**Aurora, CO 80014**

**/s/ Jordan Schwartz**
**Jordan Schwartz 23372**
Authorized Signer/Title